**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR ALFONSO ZAMORA SALINAS, | Case No.: 2:26-cv-00313-APG-NJK |
| Petitioner | **Order Granting Motion for Limited Discovery** |
| v. | [ECF No. 7] |
| PAMELA BONDI, et al., | |
| Respondents | |

The petitioner has moved for limited discovery on an expedited basis. ECF No. 7. I ordered the parties to confer and file a stipulation if possible, or the respondents would file a response to the motion by March 4. ECF No. 8. The parties conferred, but the respondents have neither provided the requested discovery nor responded to the motion. ECF No. 9. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d).

I THEREFORE ORDER that the petitioner's motion for limited discovery **(ECF No. 7 is granted.**

I FURTHER ORDER the respondents to produce the following documents no later than **March 16, 2026**:

- the administrative warrant referenced in the I-213

- the Field Operations Worksheet (FOW) referenced in the I-213

- all immigration court bond orders

- any audio or rough transcripts of any bond hearings

- any bodycam or dashcam footage from the arrest on November 4, 2025.

I FURTHER ORDER that the petitioner's amended petition is due within seven days of the petitioner's receipt of this discovery, up to March 23, 2026.

DATED this 10th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE