**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR ALFONSO ZAMORA SALINAS, | Case No.: 2:26-cv-00313-APG-NJK |
| Petitioner | **Order** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents | |

I ORDER the respondents to respond to petitioner Victor Salinas' motion for temporary restraining order (ECF No. 19) by April 16, 2026.

I FURTHER ORDER petitioner Victor Salinas may file a reply by April 20, 2026.

DATED this 13th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE