# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR ALFONSO ZAMORA SALINAS,<br><br>Petitioner<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents | Case No.: 2:26-cv-00313-APG-NJK<br><br>**Order Granting, in Part, Motions for Extension of Time**<br><br>[ECF Nos. 21, 22] |

The respondents have separately moved for an extension of time to respond to petitioner Victor Salinas' motion for temporary restraining order. ECF Nos. 21, 22.

I ORDER that John Mattos' motion **(ECF No. 21) is granted**. Mattos filed his response on April 20, 2026.

I FURTHER ORDER the Federal Respondents' motion **(ECF No. 22) is granted in part**. Their responses to the TRO motion and the Amended Petition are due by April 22, 2026. Salinas may file a reply in support of his TRO motion by April 27, 2026. Salinas may file a reply in support of his Amended Petition by April 29, 2026.

DATED this 20th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE