**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR ALFONSO ZAMORA SALINAS, | Case No.: 2:26-cv-00313-APG-NJK |
| Petitioner | **Order (1) Denying Petition for Writ of Habeas Corpus in Part, (2) Denying Petitioner's Motion for a Temporary Restraining Order, and (3) Denying Respondents' Motion to Dismiss** |
| v. | |
| JOHN MATTOS, et al.,[1] | |
| Respondents | [ECF No. 16, 19, 27] |

Petitioner Victor Alfonso Zamora Salinas filed a petition for writ of habeas corpus challenging his detention by Immigration and Customs Enforcement on several grounds. ECF No. 16. He also moved for a temporary restraining order seeking his release. ECF No. 19. The government opposed the petition and moved to dismiss it. ECF No. 27.

I granted the petition in part and ordered that Zamora Salinas receive a new bond hearing before an Immigration Judge. ECF No. 31 at 3. I held in abeyance the motion for a temporary restraining order and the petition in part until that bond hearing occurred.

The parties filed a joint status report noting that Zamora Salinas received the bond hearing, was granted bond, and subsequently was released. ECF No. 32 at 2. Thus, the remaining grounds for relief in the petition are moot. Accordingly, I deny the remainder of the petition as moot, deny Zamora Salinas' motion for a temporary restraining order as moot, and deny the government's motion to dismiss.

---

[1] Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement Ruben Leyva is substituted for Michael Bernacke. Fed. R. Civ. P. 25(d).

I THEREFORE ORDER that Victgor Alfonso Zamora Salinas' petition for writ of habeas corpus **(ECF No. 16) is DENIED in part**.

I FURTHER ORDER that Zamora Salinas' motion for a temporary restraining order **(ECF No. 19) is DENIED**.

I FURTHER ORDER that respondents' motion to dismiss **(ECF No. 27) is DENIED**.

I FURTHER ORDER the clerk of court to close this case.

DATED this 14th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2